IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSEPH R. JOHNSON, JR. | : | NO. 19-367 |

<u>ORDER</u>

AND NOW, this 30th day of July 2020, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The unopposed motion of defendant Joseph R. Johnson, Jr. to extend self-surrender date to October 6, 2020 at 2:00 p.m. is DENIED; and

(2) Defendant Joseph R. Johnson, Jr. shall self-surrender Monday, August 10, 2020 at 2:00 p.m.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.