IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH R. JOHNSON, JR. | : | NO. 19-367 |

ORDER

AND NOW, this 19th day of October 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)   the motion of Joseph R. Johnson, Jr. to redact (Doc. # 148) is GRANTED in part and DENIED in part;

(2)   the Clerk shall redact the day and month <u>but not the year</u> of his birth from Documents #14, #22, #24, #45, #66, #75 and #144; and

(3)   the motion is otherwise DENIED.

BY THE COURT:

<u>/s/   Harvey Bartle III</u>
J.